AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES ROBINSON,
           Petitioner,

v.

KIM DUNN, Commissioner of Internal Revenue, and
CAROLYN TUCKER, Revenue Agent,
           Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0070-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition to Quash (Ct. Rec. 1) and Amendment to Petition to Intervene and Quash Summonses (Ct. Rec. 2) are DENIED and Judgment is entered in favor of Defendants.

July 13, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas